UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-5974-MWF(JPRx)**                              Dated: **December 21, 2015**

Title:   Barnaby Cockcroft -v- Aetna Life Insurance Company, et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                       None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

    In light of the Notice of Settlement filed December 17, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 11, 2016, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                       Initials of Deputy Clerk   cw
CIVIL - GEN